No. 628, Misc., October Term, 1965. SIMPSON *v.* LOUISIANA, 384 U. S. 1014;

No. 645, Misc., October Term, 1965. DEFLUMER *v.* NEW YORK, 384 U. S. 1018;

No. 678, Misc., October Term, 1965. ROSS *v.* CALIFORNIA, 384 U. S. 1026;

No. 690, Misc., October Term, 1965. WALDEN *v.* PATE, WARDEN, 384 U. S. 1018;

No. 757, Misc., October Term, 1965. RILEY *v.* CALIFORNIA ET AL., 384 U. S. 1018;

No. 785, Misc., October Term, 1965. ALLEN *v.* FLORIDA, 384 U. S. 1014;

No. 792, Misc., October Term, 1965. GOLSON ET AL. *v.* ILLINOIS, 384 U. S. 1023;

No. 850, Misc., October Term, 1965. BAZAURE *v.* CALIFORNIA, 384 U. S. 1026;

No. 936, Misc., October Term, 1965. JACOBSON *v.* CALIFORNIA, 384 U. S. 1015;

No. 961, Misc., October Term, 1965. MONTGOMERY *v.* FLORIDA, 384 U. S. 1023;

No. 1101, Misc., October Term, 1965. SMITH *v.* OHIO, 384 U. S. 1023;

No. 1122, Misc., October Term, 1965. BENNETT *v.* TEXAS, 384 U. S. 1013;

No. 1138, Misc., October Term, 1965. GILLESPIE *v.* VIRGINIA, 384 U. S. 1023;

No. 1151, Misc., October Term, 1965. BELL *v.* COLORADO, 384 U. S. 1024;

No. 1153, Misc., October Term, 1965. CHATTERTON *v.* GEORGIA, 384 U. S. 1015;

No. 1203, Misc., October Term, 1965. DRUMMOND *v.* UNITED STATES, 384 U. S. 1013; and

No. 1206, Misc., October Term, 1965. WRIGHT *v.* CALIFORNIA, 384 U. S. 1027. Petitions for rehearing denied.